**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| STEPHEN J. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:08-cv-527-TWP-DML |
| ) | |
| OFFICER STEWART, et al., ) | |
| ) | |
| Defendants. ) | |

# E N T R Y

At the final pretrial conference of January 25, 2011, the parties' proposed trial exhibits were discussed. In the course of that discussion, the defendants objected to proposed exhibits 105 and 106. These proposed exhibits are, respectively, the audio recording of a 911 call placed to the Plainfield Police and Fire Dispatch on August 30, 2006, and the transcript of that same call. The objection is that these proposed exhibits are excludable on the grounds of hearsay. The defendants do not dispute the accuracy of the transcript. The court took the objection under advisement and indicated that it would issue a written ruling on the objection.

The objection is **overruled**. The exhibits are not being offered for the truth of the matters asserted in them. Accordingly, they do not constitute hearsay. *See Fed. R. Evid.* 801(c). Even if these exhibits were hearsay, they constitute the records of Plainfield Police and Fire Dispatch and are excepted from the rule excluding hearsay. *See See Fed. R. Evid.* 803.

**IT IS SO ORDERED.**

Date: 01/25/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Margaret M. Christensen
BINGHAM MCHALE LLP
mchristensen@binghammchale.com

Phillip J. Fowler
BINGHAM MCHALE LLP
pfowler@binghammchale.com

Briana Lynn Kovac
BINGHAM MCHALE LLP
bkovac@binghammchale.com

John Thomas Roy
TRAVELERS STAFF COUNSEL OFFICE
jroy@travelers.com